**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TRENT A. HERSHBERGER, | )    CASE NO. 10-10158 |
| | )    Chapter 7 |
| DEBTOR(S). | ) |

## NOTICE OF UNCLAIMED FUNDS

      Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that check issued to the following creditor was returned with a notation that "the borrower's loan is not serviced by our company" and contained no additional information as to where the check should be directed:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Sallie Mae | 220 Lasley Avenue<br>Wilkes Barre, PA 18706 | $630.12 |
| | Total | $630.12 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $630.12 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: July 5, 2011**

         **Respectfully submitted,**

         **CHAPTER 7 TRUSTEE**
         **444 EAST MAIN STREET**
         **FORT WAYNE, INDIANA 46802**
         **TELEPHONE: (260) 426-0444**
         **FAX: (260) 422-0274**
         **EMAIL: mseifert@hallercolvin.com**

         **BY: /s/ Martin E. Seifert**
             **MARTIN E. SEIFERT**
             **I.D. #16857-02**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 5th day of July, 2011, to:

>Jeffrey S. Arnold, Esq.
>209 W. Van Buren St.
>Columbia City, IN 46725
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Sallie Mae
>220 Lasley Ave.
>Wilkes Barre, PA 18706

>  /s/ Martin E. Seifert
> **MARTIN E. SEIFERT**